UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 13538
    NICHOLAS S CARNEY
    ANDRINA M DELGADO                            CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3751      SSN XXX-XX-1239

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/20/2006 and was confirmed 03/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  26.00%.

    The case was dismissed after confirmation 11/14/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACME CONTINENTAL CU | SECURED | 4786.00 | 493.85 | 1082.17 |
| ACME CONTINENTAL C U | MORTGAGE ARRE | 1281.00 | .00 | .00 |
| CHASE HOME FINANCE LLC | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| HOMECOMINGS FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| MATRIX FINANCIAL SERVICE | CURRENT MORTG | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE C | CURRENT MORTG | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE C | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MTG | CURRENT MORTG | .00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 2789.65 | .00 | .00 |
| IL DEPARTMENT OF CHILD S | PRIORITY | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 634.81 | .00 | .00 |
| AMERICAN COLLECTION CO | UNSECURED | NOT FILED | .00 | .00 |
| AT&T CREDIT MANAGEMENT C | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 3430.00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 616.24 | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOCI | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 793.09 | .00 | .00 |
| DR KAUSHIK J PANDYA | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| MARY DEAN ONAYEMI | UNSECURED | NOT FILED | .00 | .00 |
| MONEY CONTROL INC | UNSECURED | NOT FILED | .00 | .00 |
| MOON E KIM MD | UNSECURED | NOT FILED | .00 | .00 |
| MEDCLR | UNSECURED | NOT FILED | .00 | .00 |
| NCO INOVMED | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                      UNSECURED        1026.04              .00              .00
OSI COLLECTION SERVICES        UNSECURED      NOT FILED              .00              .00
OSI COLLECTION SERVICES        UNSECURED      NOT FILED              .00              .00
OSI COLLECTION SERVICES        UNSECURED      NOT FILED              .00              .00
PELLETTIERI & ASSOC            UNSECURED      NOT FILED              .00              .00
PELLETTIERI & ASSOC            UNSECURED      NOT FILED              .00              .00
PELLETTIERI & ASSOC            UNSECURED      NOT FILED              .00              .00
PELLETTIERI & ASSOC            UNSECURED      NOT FILED              .00              .00
PELLETTIERI & ASSOC            UNSECURED      NOT FILED              .00              .00
PELLETTIERI & ASSOC            UNSECURED      NOT FILED              .00              .00
PELLETTIERI & ASSOC            UNSECURED      NOT FILED              .00              .00
PELLETTIERI & ASSOC            UNSECURED      NOT FILED              .00              .00
RISK MANAGEMENT ALTERNAT       UNSECURED      NOT FILED              .00              .00
SOUTHERN ILLINOIS UNIVER       UNSECURED      NOT FILED              .00              .00
SOUTHERN ILLINOIS UNIVER       UNSECURED      NOT FILED              .00              .00
SOUTHWEST CREDIT SYSTEMS       UNSECURED      NOT FILED              .00              .00
ST FRANCIS HOSPITAL & HE       UNSECURED      NOT FILED              .00              .00
CITI CARDS                     UNSECURED      NOT FILED              .00              .00
US DEPT OF EDUCATION           UNSECURED        4552.99              .00              .00
RMI/MCSI                       UNSECURED         550.00              .00              .00
ILLINOIS DEPT OF REVENUE       UNSECURED         910.34              .00              .00
DAIMLER CHRYSLER SERVICE       UNSECURED        5576.02              .00              .00
CREDIT ONE BANK                UNSECURED      NOT FILED              .00              .00
RMI/MCSI                       UNSECURED      NOT FILED              .00              .00
RMI/MCSI                       UNSECURED      NOT FILED              .00              .00
RMI/MCSI                       UNSECURED      NOT FILED              .00              .00
RMI/MCSI                       UNSECURED      NOT FILED              .00              .00
GLENDA J GRAY                  DEBTOR ATTY     2,000.00                          2,000.00
TOM VAUGHN                     TRUSTEE                                             237.78
DEBTOR REFUND                  REFUND                                             487.38
```

### Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,301.18 | |
| PRIORITY | | .00 |
| SECURED | | 1,082.17 |
| INTEREST | | 493.85 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,000.00 |
| TRUSTEE COMPENSATION | | 237.78 |
| DEBTOR REFUND | | 487.38 |
| TOTALS | 4,301.18 | 4,301.18 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/27/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE